Comstock, Thompson, Kontz & Brenner
Thornton Kontz, Esq.-SBN 118120
Lawrence M. Brenner, Esq.-SBN 139678
Nathan C. Benjamin, Esq.-SBN 197859
340 Soquel Ave., Ste. 205
Santa Cruz, CA 95062
(831) 427-2727
(831) 458-1165 fax
nathan@surfcitylaw.com

*e-filed 6/1/07*

Attorneys for Defendants KALIKA CHRISTOPHER BOWMAN, MONICA BOWMAN, BOWMAN PACIFIC CONSTRUCTION CO., BOWMAN PACIFIC DEVELOPMENT, LLC., DON THARP & ASSOCIATES GEOTECHNICAL CONSULTANTS, KEVIN BAIRD STRUCTURAL ENGINEER

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

DOUGLAS W. NILS HELPPI,

    Plaintiff,

vs.

MR. CHRISTOPHER (aka KALIKA) BOWMAN, MONICA BOWMAN, BOWMAN PACIFIC CONSTRUCTION CO., BOWMAN PACIFIC DEVELOPMENT LLC., DUANE AND NANCY FUREBY, DON THARP & ASSOCIATES GEOTECHNICAL CONSULTANTS, KEVIN BAIRD STRUCTURAL ENGINEER, AZURE PARTNERS 1, et al John Does,

    Defendants.

KALIKA CHRISTOPHER BOWMAN, MONICA BOWMAN, BOWMAN PACIFIC CONSTRUCTION CO., BOWMAN PACIFIC DEVELOPMENT LLC., DON THARP & ASSOCIATE GEOTECHNICAL CONSULTANTS, KEVIN BAIRD STRUCTURAL ENGINEER,

    Cross-Claimants,

vs.

DUANE FUREBY, NANCY FUREBY,

    Cross-Defendants.

CASE NO. C07 00853 RS

**ORDER TO EXPUNGE NOTICE OF PENDING ACTION**

1. The above-captioned matter having come before this Court, the Honorable Richard Seeborg, United States magistrate judge presiding, by Plaintiff, Douglas Nils Helppi's, request for this Court to approve a Notice of Pending Action to be recorded against real property involved in this action, known as 218 Spreckels Drive, Aptos, California 95003, APN 042-201-22, and by Defendant, Christopher Bowman's, opposition to the request and accompanying request for order expunging said notice. The matter having been shown to the satisfaction of this Court it is,

HEREBY ORDERED that the Notice of Pending Action recorded on or about May 7, 2007, against real property known as 218 Spreckels Drive, Aptos, California 95003, Assessor's Parcel Number 042-201-22, is hereby expunged from the Official Records of the County of Santa Cruz.

Dated: June 1, 2007

_____
HONORABLE RICHARD SEEBORG

Approved as to form.

Dated: 5/25/07

_____
DOUGLAS NILS HELPPI