**\*E-FILED\***
**September 18, 2007**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS W. NILS HELPPI,<br><br>  Plaintiff,<br>v.<br><br>CHRISTOPHER BOWMAN, et al.,<br><br>  Defendants. | No. C 07-00853 RS<br><br>**ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **November 14, 2007**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **November 21, 2007 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: September 18, 2007

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Nathan C. Benjamin     nathan@surfcitylaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**AND A COPY OF THIS ORDER WAS MAILED TO:**

James Cai
Schein and Cai LLP
100 Century Center Court
Suite 315
San Jose, CA 95112

Douglas W. Helppi
Post Office Box 844
Felton, CA 95018

Charles Michael Standard
Attorney at Law
152 N. Third Street
Suite 700
San Jose, CA 95112

Dated: September 18, 2007

                                  /s/ BAK
                                  Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California