```
Comstock, Thompson, Kontz & Brenner
Thornton Kontz, Esq.-SBN 118120
Lawrence M. Brenner, Esq.-SBN 139678
Nathan C. Benjamin, Esq.-SBN 197859
340 Soquel Ave., Ste. 205
Santa Cruz, CA  95062
(831) 427-2727
(831) 458-1165 fax
nathan@surfcitylaw.com
```

*E-FILED 9/28/07*

Attorneys for Defendants KALIKA CHRISTOPHER BOWMAN, MONICA BOWMAN, BOWMAN PACIFIC CONSTRUCTION CO., BOWMAN PACIFIC DEVELOPMENT, LLC., DON THARP & ASSOCIATES GEOTECHNICAL CONSULTANTS, KEVIN BAIRD STRUCTURAL ENGINEER

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS W. NILS HELPPI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MR. CHRISTOPHER (aka KALIKA) BOWMAN, MONICA BOWMAN, BOWMAN PACIFIC CONSTRUCTION CO., BOWMAN PACIFIC DEVELOPMENT LLC., DUANE AND NANCY FUREBY, DON THARP & ASSOCIATES GEOTECHNICAL CONSULTANTS, KEVIN BAIRD STRUCTURAL ENGINEER, AZURE PARTNERS 1, et al John Does,<br><br>　　　　Defendants. | CASE NO. C07 00853 RS<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| AND RELATED CROSS ACTION. | |

The parties hereby stipulate and agree, and request that this Court order, that the above-captioned matter be dismissed, with prejudice, in its entirety as to all causes of action, all parties, all claims in the Complaint and Cross-Complaint. This matter has settled pursuant to a settlement agreement and the

1  ///
2  parties hereby request that the matter be dismissed, with prejudice.
3
4                                          COMSTOCK, THOMPSON, KONTZ & BRENNER
5
6  DATED: 9/21/07
7                                          NATHAN C. BENJAMIN, Attorney for Defendants
                                           KALIKA CHRISTOPHER BOWMAN, MONICA
8                                          BOWMAN, BOWMAN PACIFIC CONSTRUCTION
                                           CO., BOWMAN PACIFIC DEVELOPMENT, LLC.,
9                                          DON THARP & ASSOCIATES GEOTECHNICAL
                                           CONSULTANTS, KEVIN BAIRD STRUCTURAL
10                                         ENGINEER

11                                         SCHEIN & CAI, LLP
12
13
14 DATED: 9/21/07
                                           JAMES CAI, Attorney for Defendants DUANE &
15                                         NANCY FUREBY

16
17
18 DATED: 9/21/07
                                           DOUGLAS NILS HEPLLI, In Pro Per
19
20
21 IT IS SO ORDERED.
22    Dated: September 28, 2007
23
24                                         _____
                                           RICHARD SEEBORG
25                                         UNITED STATES MAGISTRATE JUDGE
26
27
28
                               STIPULATION FOR DISMISSAL
                                           2